# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0226.  TONY A. SHARPE v. WELLS FARGO HOME MORTGAGE.**

Tony A. Sharpe filed suit against Wells Fargo Home Mortgage.  On June 14, 2012, the trial court dismissed Sharpe's suit for failure to state a claim.  Sharpe filed a motion for reconsideration from this ruling, which the trial court denied on July 11, 2012.  On July 31, 2012, Sharpe filed a notice of appeal.  This Court, however, lacks jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  Although Sharpe had a right to appeal the trial court's June 14, 2012 order dismissing his complaint, he does not have the right to appeal the trial court's denial of his motion for reconsideration.  The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Sharpe's failure to file a notice of appeal within 30 days of the trial court's June 14, 2012 order renders the appeal untimely.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  10/11/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

  *, Clerk.*